**Petition Denied and Memorandum Opinion filed October 1, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00652-CR

### NO. 14-20-00653-CR

## IN RE THE STATE OF TEXAS EX REL. KIM OGG HARRIS COUNTY DISTRICT ATTORNEY

**185th District Court
Harris County, Texas
Trial Court Cause Nos. 1675373 & 1689285**

## MEMORANDUM OPINION

On September 22, 2020, the State of Texas filed a document entitled "State's Emergency Petition for Increased Bail Pending Indictment under Code of Criminal Procedure Article 16.16" in this court. *See* Tex. Code Crim. Proc. Ann. art. 16.16. In the petition, the State asks this court to increase the defendant's bail.

We deny the petition.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).